Court Disciplinary Commission, and to Hearing Officer Anthony Michael Zappia.

All Justices concur.

■

## In the Matter of Ronald J. MOORE.

### No. 89S00–0105–DI–230.

Supreme Court of Indiana.

Nov. 15, 2004.

### ORDER GRANTING PETITION FOR REINSTATEMENT

The Indiana Supreme Court Disciplinary Commission, upon review of the hearing officer's findings of fact and recommendation regarding petitioner Ronald J. Moore's *Petition for Reinstatement,* recommends to this Court that the petitioner be reinstated to the practice of law in this state. This matter is now before us for final resolution.

We now find that the petitioner has demonstrated satisfaction of the elements prerequisite to reinstatement as contained in Admis.Disc.R. 23(4). Accordingly, we find that he should be reinstated to the practice of law in this state.

IT IS, THEREFORE, ORDERED that Ronald J. Moore's petition for reinstatement to the practice of law in this state is hereby granted. Accordingly, he is reinstated to the practice of law, effective immediately.

The Clerk of this Court is directed to forward notice of this Order the petitioner or his attorney, to the Indiana Supreme

■

## In the Matter of Mark E. BELL.

### No. 49S00–0301–DI–39.

Supreme Court of Indiana.

Nov. 15, 2004.

### ORDER ACCEPTING RESIGNATION AND CONCLUDING PROCEEDING

Comes now the respondent, Mark E. Bell, and tenders to this Court his resignation from the bar of this State, pursuant to Ind. Admission and Discipline Rule 23, Section 17.

And this Court, being duly advised, now finds that the tendered resignation satisfies the requirements of Admis.Disc.R. 23(17), and that, accordingly, it should be accepted.

IT IS, THEREFORE, ORDERED that the resignation from the bar of this state tendered by the respondent, Mark E. Bell, is hereby accepted. Accordingly, the Clerk of this Court is directed to strike his name from the Roll of Attorneys. In order to be readmitted, he must comply with the reinstatement provisions contained in Admis.Disc.R. 23(4).

IT IS FURTHER ORDERED that, by virtue of the respondent's resignation from the bar of this state, all attorney disciplinary proceedings pending against him are hereby dismissed as moot.

The Clerk of this Court is directed to forward notice of this Order to the respondent or his attorney, to the Indiana Supreme Court Disciplinary Commission; and to all other entities pursuant to Admis.Disc.R. 23(3)(d).

All Justices concur.